May 04, 2007

Mr. H. Miles Cohn
Sheiness Scott Grossman & Cohn, L.L.P.
1001 McKinney, Suite 1400
Houston, TX 77002-6420
Ms. Deborah J. Race
Ireland Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, TX 75703

RE: Case Number: 05-1091
 Court of Appeals Number: 07-03-00346-CV
 Trial Court Number: 31,681-98-12

Style: VERNON R. YOUNG, JR.
 v.
 LEWIS QUALLS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment in part and remands the case to the trial court. (Justice Johnson
not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Reba Squyres |
| |Clerk |
| |Ms. Peggy Culp |